LKG
F. #2017R00242

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VINCENT ASARO,
JOHN J. GOTTI,
MICHAEL GUIDICI and
MATTHEW RULLAN,
    also known as "Fat Matt,"

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 17-127 (RRM)

      Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lindsay K. Gerdes, for an order unsealing the indictment and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the indictment and arrest warrants be unsealed.

Dated:  Brooklyn, New York
         March _____, 2017

                                  _____
                                  HONORABLE ROANNE L. MANN
                                  UNITED STATES MAGISTRATE JUDGE
                                  EASTERN DISTRICT OF NEW YORK