# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  **Roanne L. Mann**          DATE: **3/22/17**

DOCKET NUMBER:  **17CR127(ARR)**          LOG #: **3:25-4:00**

DEFENDANT'S NAME:  **Vincent Asaro**
  **X** Present   ___ Not Present   **X** Custody   ___ Bail

DEFENSE COUNSEL:  **Elizabeth Macedonio**
  ___ Federal Defender   **X** CJA   ___ Retained

A.U.S.A: **Lindsay Gerdes, Keith Edelman & Nicole Argentieri**   CLERK: **Felix Chin**

INTERPRETER: _____ (Language)

**X** Defendant arraigned on the: **X** indictment ___ superseding indictment ___ probation violation

**X** Defendant pleads NOT GUILTY to ALL counts.

**X** DETENTION HEARING Held.   **X** Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
  ___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X** Order of Excludable Delay/Speedy Trial entered. Start **3/22/17**   Stop **5/1/17**

✓ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

**X** Status conference set for **5/1/17**   @ **11:00 am**   before Judge **Ross**

Other Rulings: _____