

# Ancona || Levine
### Attorneys

May 5, 2017

**BY ECF**
Hon. Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>United States v. Michael Guidici, et al.</u>
                   **Criminal Docket No.: 17-127 (ARR)**

Dear Judge Ross:

      I represent Defendant Michael Guidici in the above-referenced matter. I write to request that Mr. Guidici's bail conditions be modified to allow him work release at a restaurant by the name of Enzo's Pizzeria located at 8102 Rockaway Blvd, Ozone Park, NY 11416. The terms of his work release are as follows: Mr. Guidici shall be permitted to work **Monday through Saturday from 9:30 am to 4:30 pm**, which includes a half hour travel time to and from work.

      I have previously been in contact with Lindsay K. Gerdes, Esq. at the United States Attorney's Office concerning this application, and I am advised that Ms. Gerdes consents to this request. I have also been in touch with Mr. Guidici's Pretrial Services Officer, Michael Ilaria, and Officer Ilaria has informed me that he also consents to this application, only as approved by Pretrial Services. If the Court wishes to confirm this, it may contact Officer Ilaria at (718) 613-2378. I respectfully request that the Court order Mr. Guidici permission to work release and grant this application modifying his bail conditions.

      If the Court is inclined to grant this application, it may do so by executing this letter at the "So Ordered" signature line below.

                                                           Respectfully submitted,

                                                          Vincent J. Ancona, Esq.

220 Old Country Road                                                                                                295 Madison Avenue
Mineola, NY 11501                                                               anconalaw.com                                               12th Floor
T (516) 739-1803                                                         New York, NY 10017
F (516) 739-1553                                                         T (212) 888-8858
                                                                                                                                     F (212) 888-8817

The Defendant, Michael Guidici, having made an application for an Order modifying his bail conditions to permit his work release at Enzo's Pizzeria located at 8102 Rockaway Blvd, Ozone Park, NY 11416 and the United States Attorney's Office having consented to this application, and good cause appearing to grant this application,

IT IS SO ORDERED THAT:

1) Defendant bail conditions are modified to grant Defendant permission to work at Enzo's Pizzeria located at 8102 Rockaway Blvd, Ozone Park, NY 11416, Monday through Saturday from 9:30 am to 4:30 pm, as approved by Pretrial Services.

IT IS SO ORDERED:

_____

HON. ALLYNE R. ROSS

U. S. D. J.