EAG:NMA:LKG/KDE
F.#2017R00242

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P E R S E D I N G<br>I N F O R M A T I O N |
| - against - | |
| VINCENT ASARO, | Cr. No. 17-127 (S-1)(ARR)<br>(T. 18, U.S.C., §§ 1952(a)(3)(B), 2 and<br>3551 et seq.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

TRAVEL ACT VIOLATION

On or about and between April 1, 2012 and April 4, 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant VINCENT ASARO, together with others, did knowingly and intentionally use one or more facilities in interstate and foreign commerce with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of unlawful activity, to wit: arson, in violation of New York Penal Law Sections 150.10 and 20.00, and thereafter did perform and attempt to perform a crime of violence, to wit: arson

affecting interstate and foreign commerce, in violation of Title 18 United States Code, Section 844(i), to further such unlawful activity.

(Title 18, United States Code, Sections 1952(a)(3)(B), 2 and 3551 et seq.)

_____
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2017R00242
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*VINCENT ASARO,*

Defendant.

# SUPERSEDING INFORMATION

( T. 18, U.S.C., §§ 1952(a)(3)(B), 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

Bail, $ _____

*Nicole M. Argentieri, Lindsay K. Gerdes, Keith D. Edelman*
*Assistant U.S. Attorneys, (718) 254-6232/6155/6328*