# THE LAW OFFICE OF GERARD M. MARRONE

66-85 73rd Place, Second Floor    718.261.1711
Middle Village, New York 11379         347.813.4985-F

October 12, 2017

**VIA ECF**
The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Gotti Case No. 17-cr-127

Der Judge Ross;

    I along with co-counsel Charles Carnesi, represent Mr. John J. Gotti with respect to his above referenced criminal court matter. We are scheduled to appear for sentencing on October 24, 2017 before Your Honor. I would like to respectfully request an adjournment of the October 24th sentencing date to allow the gathering of additional information that is needed for the sentencing. If it is agreeable, I would like to request the week of November 6th in the afternoon for the new sentencing date.

    I did not ask the government for consent of this adjournment request. I would like to thank you in advance for your consideration, should you have any questions or concerns, please feel free to contact the undersigned.

Respectfully Submitted,

Gerard M. Marrone

GMM/gr