

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

October 16, 2017

**Via ECF and Electronic Mail**

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States of America v. Vincent Asaro
      17-CR-127 (ARR)

Dear Judge Ross:

With the consent of the government, I write seeking an adjournment of the sentencing schedule currently in place. The parties propose the following schedule for the Court's consideration.

Defense submission to be filed by October 20th;
Government response to be filed by October 27th;
Defense reply to be filed by November 3rd;
*Fatico* hearing and sentence proceeding on November 16 at 10 in the morning.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Attorney for the Defendant*
*Vincent Asaro*

All Parties Via ECF