

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

October 26, 2017

**Via ECF and Electronic Mail**

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States of America v. Vincent Asaro</u>
               17-CR-127 (ARR)

Dear Judge Ross:

      Due to Mr. Asaro's unavailability for the past week, and with the consent of the government, I write seeking an adjustment of the current briefing scheduled. The parties propose the following schedule for the Court's consideration:

      Defendant's initial submission filed by October 31;
      Government response filed by November 13;
      *Fatico* hearing November 16 at 10 in the morning.

      It is contemplated by the parties that additional submissions will be filed after the conclusion of the *Fatico* hearing. I thank Your Honor for her consideration in this matter.

      Respectfully submitted,

      *Elizabeth E. Macedonio*
      Elizabeth E. Macedonio
      *Attorney for the Defendant*
      *Vincent Asaro*

All Parties via ECF