

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:LKG/KDE
F. #2017R00242

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2017

By ECF

The Honorable Allyne R. Ross
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11217

      Re:    United States v. Vincent Asaro
               Criminal Docket No. 17-127 (S-1) (ARR)

Dear Judge Ross:

      The government respectfully submits this letter in connection with sentencing in the above-referenced matter. As set forth in the government's letter in further support of detention, information provided by the confidential source ("CS-1") regarding an alleged threat the defendant made against a prosecutor was corroborated in significant part. However, in preparation for sentencing, the government discovered additional information regarding CS-1 that has cast doubt on his reliability. Consequently, the government no longer intends to prove the defendant's participation in an obstruction of justice and therefore submits that the two-level enhancement for such should not be applied and the Court should not rely upon the information provided by CS-1 at sentencing.

      Nevertheless, for the reasons set forth in the government's sentencing letter dated November 20, 2017, the government respectfully submits that a sentence in excess of 15 years remains appropriate. See Docket Entry No. 108. Such a sentence is warranted given the defendant's lifelong allegiance to a dangerous criminal organization and his participation in a litany of crimes, including an arson he orchestrated at age 77 and the murder of a young father

(the "Victim").  That murder was committed under circumstances that haunted the Victim's family for decades.[1]

                                                    Respectfully submitted,

                                                    BRIDGET M. ROHDE
                                                    Acting United States Attorney

By:            /s/
                                                    Lindsay K. Gerdes
                                                    Keith D. Edelman
                                                    Assistant U.S. Attorney
                                                    (718) 254-7000

---

[1] The defendant's son is presently serving a 90-month sentence, primarily for moving the Victim's remains at the defendant's direction, and ironically, for his role in an arson.