**NEW YORK STATE | Corrections and Community Supervision**

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ OCT 17 2019 ★
BROOKLYN OFFICE

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

*Handwritten note:* I enclose the sentencing minutes you requested in this letter. /s/(ARR) USDJ 10/15/19

Date: 10/7/19

Honorable Judge Allyne R. Ross
U.S. Eastern District Court
271 Cadman Plaza
Brooklyn, NY 11201

RE:      Gotti, John
DIN #:   18A1352
NYSID #: 09988598Y
FBI #:   39D1AELNP
USMS #:  90030-053 / REF #: B & C4411606092 / CR #: 17-CR-127

Dear Honorable Ross:

The above-named inmate is currently incarcerated at this facility and has expressed an interest in participating in the Temporary Release Program. If approved for Temporary Release, the inmate would be eligible for furloughs, work and educational release under supervision of a Parole Officer at a minimum security correctional facility.

Since the inmate is serving a Federal 60 month sentence, with 30 months CC to NYS and 30 months CS, followed by 3 years Federal Supervised Release, imposed by you on 3/14/18, the CS part would make him ineligible for any Temporary Release Program in NYS. (However, we are inquiring as to whether or not you do have an objection to his participation in the Temporary Release Program since the inmate is claiming that you addressed this issue, on the record, at Sentencing wherein you stated you have no objections to his participation in Temporary Release or Shock. In addition, if this is correct, we request a copy of the Federal Sentencing Minutes for our records, for verification.) Your non-objection does not guarantee the inmate's participation, but simply clears the way for his application to the Temporary Release Program. Once the application is received, the inmate's case is viewed in its entirety by Departmental Staff before a final decision is made.

However, if you object, our rules and regulations require that we deny the application for Temporary Release participation as long as the sentence is in effect.

IF WE DO NOT HEAR FROM YOU WITHIN THIRTY (30) DAYS OF THE DATE OF THIS INQUIRY, (and the Sentencing Minutes do state no objection) WE WILL CONCLUDE THAT YOU HAVE NO OPINION IN THIS MATTER AND THE APPLICATION PROCESS WILL BEGIN.

Thank you for your time and consideration in this matter.

Sincerely,

Bruce S. Yelich, Superintendent

*[signature]*

Sheila A. Rock
Offender Rehabilitation Coordinator